UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOSEPH MARVIN FEAGLE, II,
a minor under the age of 18, by his
natural mother and guardian,
KAREN D. FEAGLE,

       Plaintiff,

Case No. 1:16-cv-01595-RWS

v.

RADIUS GLOBAL SOLUTIONS, LLC,
f/k/a CENTRAL CREDIT SERVICES, LLC,
a Pennsylvania limited liability company,

       Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, Radius Global Solutions, LLC f/k/a Central Credit Services, LLC, (Radius) by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: June 28, 2016

Respectfully submitted,

/s/ Wendi E. Fassbender
Wendi E. Fassbender, Esq.
GA Bar No. 179133
Sessions, Fishman, Nathan & Israel, L.L.C.
14 Coopers Glen Drive, SW
Mableton, GA 30126-2584
Telephone: (678) 209-7492
Facsimile: (877) 480-5639
E-mail: wfassbender@sessions-law.biz

Attorneys for Defendant,
Radius Global Solutions, LLC, f/k/a Central Credit Services, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of June 2016, a true and correct copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including:

Justin Tharpe Holcombe, Esq.
Skaar & Feagle, LLP-Woodstock
133 Mirramont Lake Drive
Woodstock, GA 30189
jholcombe@skaarandfeagle.com

I additionally certify that the above-referenced document has been prepared in Times New Roman (14 point) font and this satisfies the font size requirements of this Court.

/s/ Wendi E. Fassbender
Wendi E. Fassbender, Esq.

Attorneys for Defendant,
Radius Global Solutions, LLC, f/k/a Central
Credit Services, LLC
